IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MICHAEL W. LOWMAN                                                                                          PLAINTIFF

     v.                                         CIVIL NO. 11-2166

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                                         DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The court finds that more information is necessary to rule on Plaintiff's IFP motion.

Plaintiff's IFP application indicates that he is married, but does not state if his wife is employed, and if so, the nature of her employment and income. ECF No. 2, at 2. As such, Plaintiff's IFP application will be returned to counsel with directions to provide more specific information regarding Plaintiff's wife's employment, if any, and her financial contribution. Plaintiff is directed to file his amended IFP application by **September 22, 2011.** Should Plaintiff fail to comply within the required period of time, his complaint will become subject to summary dismissal for failure to obey a court order.

IT IS SO ORDERED this 8th day of September 2011.

                                                    /S/ *J. Marschewski*
                                               HON. JAMES R. MARSCHEWSKI
                                               CHIEF U.S. MAGISTRATE JUDGE